# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| O'NEAL HOMES, INC., GEORGE O'NEAL, individually, and MARILYN O'NEAL,  )))) | |
| Plaintiffs,  )) | |
| v.  )))| CIVIL ACTION NO. 06-0881-CG-B |
| CITY OF ORANGE BEACH, ORANGE BEACH CITY COUNCIL and MAYOR, ORANGE BEACH DEPARTMENT OF COMMUNITY DEVELOPMENT,  ))))))| |
| Defendants.  )| |

## JUDGMENT

In accordance with the court's order denying plaintiffs' motion for summary judgment and granting defendants' motion for summary judgment entered this date (Doc. 80), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, City of Orange Beach, Orange Beach City Council and Mayor, and Orange Beach Department of Community Development, and against the plaintiffs, O'Neal Homes, Inc., George O'Neal, individually, and Marilyn O'Neal.  Therefore, plaintiffs' claims against City of Orange Beach, Orange Beach City Council and Mayor, and Orange Beach Department of Community Development are hereby **DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this the 14th day of May, 2008.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE